IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. MELVIN G. PERRY, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| PEDIATRIC INPATIENT CRITICAL | § | CIVIL ACTION NO. SA-18-CA-0404-XR |
| CARE SERVICES, P.A., AND VHS SAN | § | |
| ANTONIO PARTNERS, LLC, D/B/A | § | |
| NORTH CENTRAL BAPTIST | § | |
| HOSPITAL, | § | |
| | § | |
| Defendants. | § | |

## **DEFENDANT'S DESIGNATION OF EXPERT WITNESSES**

Pursuant to the Court's Scheduling Order entered on July 20, 2018, Defendant VHS San Antonio Partners, LLC, d/b/a the North Central Baptist Hospital ("VHS") hereby designates the following expert witnesses:

Tiffany L. Cox
Mark A. McNitzky
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
112 E. Pecan Street
2700 Weston Centre
San Antonio, Texas 78205

Ms. Cox and/or Mr. McNitzky will testify, if necessary, as to Plaintiff's and/or Defendant's reasonable and necessary attorneys' fees. Specifically, Ms. Cox and/or Mr. McNitzky will testify in rebuttal to any testimony or evidence Plaintiff may offer on the subject of Plaintiff's attorney's fees, to which Defendant affirmatively states Plaintiff is not entitled under the applicable law. Additionally, in the event Defendant is awarded any attorney's fees, costs, or expenses in this matter, Ms. Cox and/or Mr. McNitzky will testify concerning, among other things, the hourly rates of the professionals working on this case; the hours expended by each such professional; the fees,

expenses, and costs that were or will be incurred by Defendant; and the customary and usual nature, reasonableness, and necessity of the fees, costs, and expenses that were or will be incurred by Defendant in this matter, including, if applicable, the appeal of the captioned case. Ms. Cox's credentials are referenced at www.ogletreedeakins.com/attorneys/tiffany-l-cox. Mr. McNitzky's credentials are referenced at www.ogletreedeakins.com/attorneys/mark-a-mcnitzky.

Defendant reserves the right to use testimony and/or records or reports of any expert witness who has been designated or identified as an expert witness by any party in this lawsuit. Defendant also reserves the right to supplement this designation if necessary once Plaintiff has proved his entitlement to fees and produced a description of the amount of and reason for the fees he asserts he incurred. Additionally, Defendant reserves the right to call additional expert witnesses as rebuttal witnesses.

Defendant reserves the right to supplement or amend these designations as may be necessary as the discovery period continues.

Respectfully submitted,

  /s/ Tiffany L. Cox
Tiffany L. Cox
Texas Bar No. 24050734
tiffany.cox@ogletree.com
Mark A. McNitzky
Texas Bar No. 24065730
mark.mcnitzky@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2700 Weston Centre
112 East Pecan Street
San Antonio, Texas 78205
210.354.1300
210.277.2702 (fax)

ATTORNEYS FOR DEFENDANT
VHS SAN ANTONIO PARTNERS, LLC,
d/b/a NORTH CENTRAL BAPTIST HOSPITAL

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 28, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Glen D. Mangum
924 Camaron
San Antonio, Texas 78212-5111

Angella H. Myers
Sharon S. Gilmore
THE MYERS LAW GROUP, LLP
8144 Walnut Hill Lane, Suite 390
Dallas, Texas 75231

                                                */s/ Tiffany L. Cox*
                                                Tiffany L. Cox

36675609.1
007845.000112