# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| DR. MELVIN G. PERRY, JR., § § *Plaintiff,* § § v. § Civil Action No. SA-18-CV-404-XR § PEDIATRIC INPATIENT CRITICAL § CARE SERVICES, P.A., et al., § § *Defendants.* § § | |

## ORDER

Before the Court is attorney Glen Magnum's Unopposed Motion to Withdraw as attorney for Plaintiff Dr. Melvin Perry. The Court GRANTS the motion (docket no. 34), and Glen Magnum is withdrawn as counsel for Perry. Perry will be given thirty days to obtain new counsel or to inform the Court whether he intends to proceed pro se or will dismiss this action.

Therefore, no later than **March 11, 2019**, Dr. Melvin Perry is ORDERED to either cause new counsel to enter an appearance in this matter or to inform the Court, in writing, whether he intends to proceed *pro se* or to dismiss this action.

The Clerk is DIRECTED to mail a copy of this Order to Dr. Melvin Perry at 1216 Heritage Lakes Drive, S.W., Mableton, Georgia, 30126.

SIGNED this 7th day of February, 2019.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE