IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DR. MELVIN G. PERRY, JR., <br><br> Plaintiff, <br><br> v. <br><br> PEDIATRIC INPATIENT CRITICAL CARE SERVICES, P.A., AND VHS SAN ANTONIO PARTNERS, LLC, D/B/A NORTH CENTRAL BAPTIST HOSPITAL, <br><br> Defendants. | § § § § § § § § § § § § § § CIVIL ACTION NO. SA-18-CA-0404-XR |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff, Dr. Melvin G. Perry, Jr.

                Respectfully submitted,
                WILEY WALSH, P.C.

                By:   */s/ Colin Walsh*
                Colin Walsh
                Texas Bar No. 24079538
                *Board Certified Specialist, Texas Board of Legal*
                *Specialization, Labor and Employment Law*

                WILEY WALSH, P.C.
                1011 San Jacinto Blvd., ste 401
                Austin, TX 78701
                Telephone: (512) 271-5527
                Facsimile: (512) 201-1263
                colin@wileywalsh.com
                ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that on March 6, 2019, I served a copy of the foregoing on counsel for Defendant via efiling.

                                    */s/ Jairo Castellanos*
                                     Jairo Castellanos