IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DR. MELVIN G. PERRY, JR., § <br> *Plaintiff,* § <br> § <br> v. § <br> § Civil Action No. SA-18-CV-404-XR <br> PEDIATRIC INPATIENT CRITICAL § <br> CARE SERVICES, P.A, § <br> *Defendant*. § | |

**FINAL JUDGMENT**

This action was tried by a jury from September 26, 2022 to September 29, 2022, with the Honorable Xavier Rodriguez, District Judge, presiding. The jury has rendered a verdict.

It is, therefore, ORDERED AND ADJUDGED that the Plaintiff Dr. Melvin G. Perry, Jr. recover nothing from Defendant Pediatric Inpatient Critical Care Services, P.A., that the action be dismissed on the merits, and that Defendant be awarded costs. Defendant is directed to file a Bill of Costs, in the form required by the Clerk of Court, within fourteen days of entry of this Judgment pursuant to Local Rule 54.

SIGNED this 29th day of September, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE